

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00500-CV

| | | |
|---|---|---|
| Jeramie Eitel, d/b/a Jeraco Investments and as agent for Cliff's Star Construction, LLC; Jenson Gainer; and Otis Bakke | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2012-00859-3) |
| v. | § | February 13, 2014 |
| John Horobec | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellee John Horobec shall have and recover of and from appellant Jeramie Eitel, d/b/a Jeraco Investments and as Agent for Cliff's Star Construction, LLC and his sureties Jenson Gainer and Otis Bakke from his appeal bond, the amount adjudged below together with all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker